**Eddie GILBERT, Catherine Gilbert and Jesse James, Appellants,**

v.

**UNITED STATES of America, Appellee.**

**No. 13750.**

United States Court of Appeals
Sixth Circuit.

April 21, 1959.

Marshall C. Hill, Lawrence W. Massey, Detroit, Mich., for appellants.

Fred W. Kaess, U. S. Atty., Donald F. Welday, Jr., Asst. U. S. Atty., Detroit, Mich., for appellee.

Before MARTIN, Chief Judge, McALLISTER, Circuit Judge, and BOYD, District Judge.

PER CURIAM.

This cause has been heard and considered upon the oral arguments and briefs of attorneys for the parties and upon the record in the case;

And it appearing that there is no merit to be found in the points raised by the appellants herein the conviction and judgment of the District Court is affirmed.

**James F. TURNER, Adm'r, Appellant,**

v.

**HIWASSEE LAND COMPANY, Appellee.**

**No. 13740.**

United States Court of Appeals
Sixth Circuit.

April 21, 1959.

H. H. Gearinger of Noone & Noone, Chattanooga, Tenn., for appellant.

A. F. Rebman, III, of Spears, Moore, Rebman, & Williams, Chattanooga, Tenn., for appellee.

Before MARTIN, Chief Judge, and MARIS and McALLISTER, Circuit Judges.

PER CURIAM.

This cause came on to be heard on appeal of the plaintiff in the district court from the denial of his motion under Rule 60(b) of the Rules of Civil Procedure, 28 U.S.C.A., for leave to file a motion to vacate the judgment of directed verdict for the defendant, entered in the district court on March 13, 1958;

And this court, having duly considered the oral arguments and the briefs of the attorneys and the record in the case, is of opinion that, for the reasons stated by District Judge Darr in his succinct opinion, the motion was properly denied.

It is, accordingly, ordered that the judgment of the district court in denying plaintiff's motion be affirmed.

**Henry Floyd BROWN, Appellant,**

v.

**UNITED STATES of America.**

**No. 16210.**

United States Court of Appeals
Eighth Circuit.

April 20, 1959.

Henry Floyd Brown, pro se.

Harry Richards, U. S. Atty., St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed for want of prosecution, on motion of appellee.